# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Philip Hansen, | No. CV-11-00251-PHX-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| Motorola Disability Income Plan, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation for Dismissal (Doc. 25) filed on July 15, 2011, and good cause appearing,

IT IS ORDERED granting the parties' Stipulation for Dismissal (Doc. 25).

IT IS FURTHER ORDERED directing the Clerk of the Court to dismiss the above-entitled action with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 15th day of July, 2011.

Neil V. Wake
United States District Judge